IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CANDACE IRONHAWK**, an individual, and **ROBERT VANPELT**, an individual<br><br>Plaintiffs,<br><br>v.<br><br>**BANK2,** an Oklahoma domestic banking corporation; and **DOVENMUEHLE MORTGAGE, INC.**, a Delaware corporation.<br><br>Defendants. | Civil No. 3:15-cv-01374-PK<br><br>**COURT ORDER** |

**Ex Parte Temporary Restraining Order and Order to Show Cause**

Plaintiffs' motion for a temporary restraining order came before the Court on September 28, 2015. The Plaintiffs were represented by and though Mr. Terry Scannell. The Defendants appeared by and through Ms. Tracy Frazier. The Court having heard argument of counsel and being apprised of the premises herein find that on the basis of the statements made on the record that reasonable cause exists for the issuance of this temporary restraining order.

**The Court ORDERS as follows:**

(1) Defendants and their agents are hereby restrained and enjoined from conducting the non-judicial sale of the Plaintiffs' home located at 1142 SE Pardee, St., Portland, Oregon 97266.

PAGE 1      **COURT ORDER**

(2) This restraining order expires at 6:00 p.m. on October 12, 2015 unless further extended or modified by the court or the stipulation of the parties.

(3) This restraining order, pursuant to FRCP 65, is binding on Defendants' and their agents and their attorneys, including but not limited to CLEAR RECON CORP.

(4) Defendants shall file a bond or deposit cash with the Clerk of the Court in the amount of $500. This temporary restraining order is effective as of 5:00 p.m. on September 28, 2015.

(5) The parties shall check with the Courtroom Deputy for times when they shall appear before this court, to show cause, if any exists, why this restraining order should not be continued as a preliminary injunction during the pendency of the case.

(6) The parties may engage in expedited discovery under the FRCP in preparation for the hearing unless or until the Court or the parties agree to a time for the hearing beyond the current 14 day period.

DATED this 29th day of September 2015, at  9:25 , a.m.

Honorable Michael H. Simon
U.S. District Court Judge