W. Terry Scannell, OSB No. 85322
Email: terry@scannellaw.com
7128 SW Gonzaga St. #220
Portland, Oregon 97223
Telephone: (503) 776-0806
    Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CANDACE IRON HAWK, an individual, and ROBERT VAN PELT, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BANK2, an Oklahoma domestic banking corporation; and **DOVENMUEHLE MORTGAGE, INC.**, a Delaware corporation.<br><br>Defendants. | Civil No. 3:15-cv-01374-PK<br><br>**ORDER TO WITHDRAW FUNDS AND DISBURSE**<br><br>**(Treasury Registry Funds)** |

    Funds in the amount of $14,976.48 were previously deposited with the Court pursuant to the Court's Orders at Docket numbers 29 and 56. These funds were deposited into the Court's treasury registry fund.

    In accordance with Stipulated Motion to Dismiss with Prejudice (Docket #164), filed on May 23, 2017, the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

1. Payments:

100% of the funds will be payed to the trust account of Attorney for Plaintiffs in trust for Plaintiffs. Payment will be made to the "Trust Account of William T. Scannell", address: "7128 SW Gonzaga St., Suite 220, Portland, OR 97223"

PAGE 1    ORDER TO WITHDRAW FUNDS AND DISBURSE

Terry Scannell
Attorney at Law
7128 SW Gonzaga Suite 220
Portland, Oregon 97223
Telephone: (503) 776-0806

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability in compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 30th day of May, 2017.

The Honorable Judge Paul Papak
United States Magistrate Judge

Respectfully Submitted: May 26, 2017.

/s/ Terry Scannell
Terry Scannell (OSB #853220)
7128 SW Gonzaga St., Ste. 220
Portland, Oregon 97223
Tel: (503) 776-0806
E-mail: terry@scannellaw.com
Attorney for Plaintiffs

APPROVED AS TO FORM:
Mary L. Moran, Clerk of Court

Renee M. Martinez
By: Financial Administrator

PAGE 2    ORDER TO WITHDRAW FUNDS AND DISBURSE

Terry Scannell
Attorney at Law
7128 SW Gonzaga Suite 220
Portland, Oregon 97223
Telephone: (503) 776-0806

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing document with the United States District Court using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

Peter J. Salmon
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Email: psalmon@aldridgepite.com
*Of Attorneys for Defendants*

DATED: May 26, 2017.

/s/ Terry Scannell
Terry Scannell, OSB #853220
Email: terry@scannellaw.com
7128 SW Gonzaga St., Suite 220
Portland, Oregon 97223
Telephone: (503) 776-0806
Facsimile: (503) 296-5349
Attorney for Plaintiffs

PAGE 3    CERTIFICATE OF SERVICE

Terry Scannell
Attorney at Law
7128 SW Gonzaga Suite 220
Portland, Oregon 97223
Telephone: (503) 776-0806